IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TRACIE SMITH, | * |
| Plaintiff, | * |
| v. | Case No.  5:22-cv-23-MTT |
| | * |
| LVNV FUNDING LLC, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 11, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 12th day of May, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk